UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-33733
Valerie C Hernandez )
)  Chapter: 13
)  Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO CONVERT CASE FROM A CHAPTER 7 TO A CHAPTER 13**

Having read the MOTION TO CONVERT CASE FROM A CHAPTER 7 TO A CHAPTER 13 heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

The Debtor's chapter 7 case is hereby converted to a chapter 13 case pursuant to 11 U.S.C. §§ 1112, 1208, or 1307.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 17, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600